THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>GREGORY L. EDWARDS,<br><br>　　　　　Defendant. | CASE NO. CR16-0187-JCC<br><br>MINUTE ORDER CONTINUING TRIAL DATE AND PRETRIAL MOTIONS DEADLINE |

　　　　The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

　　　　This matter comes before the Court on Defendant Gregory L. Edwards's Unopposed Motion to Continue Trial (Dkt. No. 16) and speedy trial waiver (Dkt. No. 15).

　　　　The Court finds that the interests of justice will be served by a trial continuance, that the continuance is necessary to insure adequate time for defense investigation and effective trial preparation, and that these factors outweigh the public interest in a more speedy trial within the meaning of 18 U.S.C. § 3161(h)(7)(A). It is therefore ORDERED that the trial in this matter is hereby continued to January 9, 2017 at 9:30 a.m. Pretrial motions are due December 5, 2016. Proposed *voir dire* and a list of agreed-upon and contested jury instructions are due on or before Friday, December 30, 2016.

　　　　It is furthered ORDERED that this period of delay from the date of this order through the

1 new trial date will be excludable under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A).

2     DATED this 26th day of July 2016.

William M. McCool
Clerk of Court

s/Paula McNabb
Deputy Clerk

MINUTE ORDER CONTINUING TRIAL DATE
AND PRETRIAL MOTIONS DEADLINE, CR16-
0187-JCC
PAGE - 2